# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMING ZHAO

NO. 2025 KW 0713

**JULY 22, 2025**

---

In Re:    Daming Zhao, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 49976, 50013, 50014.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(3), (6), (7), (8), (9) and (10), by failing to include a copy of the ruling complained of, the judge's reasons for judgment (if any), the pleadings upon which the ruling was founded (including a copy of the bill of information and the motion to set bond), the opposition to the motion or a statement that no opposing written document was filed, the pertinent court minutes, and by failing to apprise this court of the status of the case. Counsel also failed to comply with the page numbering requirements of Rule 4-5(B). Moreover, although it is not a violation of the Uniform Rules, we note that counsel failed to include the transcript of the contradictory motion hearing and a copy of any exhibits introduced at the proceedings. Therefore, this court cannot adequately review the ruling at issue herein. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event counsel elects to file a new application with this court, the application shall be filed on or before August 4, 2025. Any future filing on this issue should include the entire contents of this writ application, the missing items noted above, and a copy of this ruling.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT